THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.  
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Larry Brown,
 a.k.a. George Porterfield, Appellant.
 
 
 

Appeal From Richland County
J. Michelle Childs, Circuit Court Judge

Unpublished Opinion No. 2012-UP-322  
Submitted May 1, 2012 – Filed May 30, 2012

APPEAL DISMISSED

 
 
 
 Senior Appellate Defender Joseph L. Savitz,
 III, of Columbia, and Larry Brown, a.k.a. George Porterfield, pro se, for
 Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Senior Assistant Deputy Attorney General Salley
 W. Elliott, Assistant Deputy Attorney General Donald J. Zelenka, and Solicitor
 Daniel E. Johnson, all of Columbia, for Respondent.
 
 
 

PER CURIAM: Larry
 Brown, a.k.a. George Porterfield, appeals his conviction of murder, arguing the
 trial court erred in failing to instruct the jury on self-defense.  Additionally,
 Brown filed a pro se brief.  After a thorough
 review of the record and all briefs pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.  
PIEPER, KONDUROS,
 and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.